**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

ELVIN OSMAR SORIANO MIRANDA, et al.

     Plaintiffs,

v.                                                                                  Civil No. 15-484 (RC)

SIMPLY HOME CUISINE, LLC, et al.

     Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), plaintiffs and defendants hereby stipulate to plaintiffs' dismissal *with prejudice* of this action *as to all defendants* — each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Justin Zelikovitz, Esq. | /s/ Nat N. Polito |
| Justin Zelikovitz, #986001 | Nat N. Polito, #453365 |
| LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC | LAW OFFICE OF NAT N. POLITO, PC |
| 519 H Street, NW, Second Floor | 1776 K Street NW, Suite 200 |
| Washington, DC 20001 | Washington, DC 20006 |
| Phone: (202) 803-6083 | Phone: (202) 463-0110 |
| Fax: (202) 683-6102 | Fax: (202) 463-0116 |
| justin@dcwagelaw.com | nat@politolaw.net |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Date: June 8, 2015